

**United States Bankruptcy Court**
**Eastern District of New York**

In re    Gurdip Singh _____    Case No.    1-19-44329-nhl
                            Debtor(s)              Chapter    13

# AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing Schedules A through J, Statement of Financial Affairs, Summary of Assets & Liabilities, Chapter 13 Statement of Income and Calculation of Commitment Period, Chapter 13 Plan, Disclosure of Compensation, Statement Pursuant to Local Rule 2017, Loss Mitigation, consisting of __50__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date    7/29/2019    Signature    Gurdip Singh
                                   Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.